UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| ULYSSES WAUGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:26-CV-458-CHB-CJS |
| | ) | |
| v. | ) | |
| | ) | **ORDER ADOPTING MAGISTRATE** |
| COMMONWEALTH OF KENTUCKY, | ) | **JUDGE'S REPORT AND** |
| | ) | **RECOMMENDATION** |
| Respondent. | ) | |

*** *** *** ***

This matter is before the Court on the Report and Recommendation ("Recommendation") filed by United States Magistrate Judge Candace J. Smith, [R. 3]. The Recommendation addresses Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. [R. 1]. Upon an initial review of the petition, Magistrate Judge Smith issued her Recommendation finding that the petition suffers from multiple defects and recommending its dismissal without prejudice. [R. 3]. Petitioner did not file any objections to the Recommendation, and the time to do so has expired. For the reasons set forth below, the Court will adopt the Magistrate Judge's Recommendation and deny the petition.

In her Recommendation, Magistrate Judge Smith first noted that Petitioner's petition is premature because his state conviction and sentence are not yet final. *Id.* at 1. Of note, Petitioner indicates in his petition that he has an appeal pending; however, once his state court conviction becomes final, he may still seek federal habeas relief. *Id.* at 2. Next, the Magistrate Judge noted that Petitioner's petition does not comply with Rule 2 of the Rules Governing Section 2254 Proceedings, in that Petitioner fails to name as a respondent the state officer who has custody of him. *Id.* at 2–3. The Magistrate Judge next noted that Petitioner seeks monetary relief and

disciplinary action against the officials responsible for his conviction, but he may not seek monetary relief in a federal habeas action. *Id.* at 3. For all of these reasons, the Magistrate Judge recommends dismissing the petition without prejudice, and she also recommends that no certificate of appealability issue. *Id.* at 3–4.

The Magistrate Judge's Recommendation advised the parties that any objections must be filed with fourteen days. *Id.* at 4. The time to file objections has passed, and neither party has filed any objections to the Recommendation nor sought an extension of time to do so.

Generally, this Court must make a de novo determination of those portions of the Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." See *Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a Magistrate Judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Recommendation. Accordingly, the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Amended Report and Recommendation, [**R. 3**], is **ADOPTED** as the opinion of this Court.
2. Petitioner's Petition for Writ of Habeas Corpus, [**R. 1**], is **DENIED without prejudice**.
3. No certificate of appealability shall issue.
4. This matter is **STRICKEN** from the Court's active docket.

This the 23rd day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY